UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEAIR BOYD,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:26-cv-00515-MMD-CSD

ORDER

*Pro se* Petitioner Keair Boyd has filed an application for leave to proceed *in forma pauperis*, a Notice of Appeal, and a Motion for Appointment of Counsel. (ECF Nos. 1 ("IFP Application"), 1-1 ("Notice of Appeal"), 1-2 ("Motion").) If Boyd seeks to pursue federal habeas relief, he must file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on the Court's approved form.[1] In doing so, Boyd is advised to follow the instructions on the form and place the case number, 3:26-cv-00515-MMD-CSD, in the designated space.

It is therefore ordered that on or before August 13, 2026, unless more time is requested and approved, Boyd must file a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. Boyd's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

It is further kindly ordered that the Clerk of Court send Boyd a blank copy of the form Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 along with instructions.

DATED THIS 13th Day of July 2026

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1]Boyd remains responsible at all times for calculating the applicable statute of limitations. By ordering Boyd to file a § 2254 Petition, the Court makes no finding or representation that Boyd's § 2254 Petition will be considered timely.