UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KEAIR BOYD,

Petitioner,

v.

STATE OF NEVADA,

Respondent.

Case No. 3:26-cv-00515-MMD-CSD

ORDER

This habeas matter is before the Court on Petitioner Keair Boyd’s motion for a 60-day extension of time to file his petition. (ECF No. 5 (“Motion”).) This is Boyd’s first request for an extension of this deadline. The Court finds good cause exists to grant the Motion.

It is therefore ordered that the Motion (ECF No. 5) is granted. Boyd has up to and including October 13, 2026, to file his petition.

DATED THIS 5th Day of August 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE